No. 98–7705. SILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7706. RICHIEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7707. PAYAN-APODACA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7708. POWELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7709. PERRY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7711. LINSMEIER *v.* WEST, SECRETARY OF VETERANS AFFAIRS. C. A. 6th Cir. Certiorari denied.

No. 98–7712. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7713. ALEXANDER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7714. CARROLL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7718. NERLICH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7720. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7721. SEWELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7724. TAYLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7725. TARRANT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7728. STODDARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7729. RICCO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.